Opinion filed June 9, 2022



### In The

# Eleven Court of Appeals

_____

## No. 11-22-00146-CR

_____

## NACOMAS EUGENE SAULS, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court
Midland County, Texas
Trial Court Cause No. CR55027**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a "Waiver of Appeal," which we have filed as a motion to dismiss. In the document, Appellant states that he "understands he has a right to appeal" but that he "does not wish to pursue an appeal." The document is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

We acknowledge Appellant's waiver, grant the motion, and dismiss the appeal.


June 9, 2022                                                PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.